## Case No. 222.

### ALLEN v. GREENWOOD.

[1 Cranch, C. C. 60.][1]

Circuit Court, District of Columbia. Jan. Term, 1802.

#### ATTACHMENT—ABSCONDING DEBTOR.

Attachment lies against an absconding debtor, under Virginia law, notwithstanding the 6th section of the act concerning the District of Columbia.

At law. Motion for judgment on attachment from a justice of the peace, under Act Va. Dec. 26, 1792, pp. 116, 117. The affidavit stated that Greenwood, late of the county of Alexandria, &c., hath privately removed himself out of the county, &c. The question was whether this attachment will lie, notwithstanding the 6th section of the act of congress concerning the District of Columbia. (2 Stat. 103.)

THE COURT ordered the judgment to be entered.

KILTY, Chief Judge, doubting.

[1][Reported by Hon. William Cranch, Chief Judge.]